**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| HAKAN DURANTAS, on behalf of herself and all others similarly situated, : | Case No.: 1:23-cv-6708 |
| Plaintiffs, : | |
| v. : | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| ALUMNI OF NY, INC. : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, HAKAN DURANTAS hereby move, at a date and time to be set by the Court, before the Honorable Judge RAMON E. REYES, at the Courtroom 2E North of the Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting a default judgment against the Defendant ALUMNI OF NY, INC.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: February 21, 2024

      Hicksville, New York

                                **MARS KHAIMOV LAW, PLLC.**

                                By: */s/ Mars Khaimov*
                                Mars Khaimov, Esq.
                                marskhaimovlaw@gmail.com
                                100 Duffy Ave., Suite 510
                                Hicksville, NY 11801
                                Tel: (929) 324-0717
                                *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| HAKAN DURANTAS, on behalf of herself and all others similarly situated, | : | Case No.: 1:23-cv-06708 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | AFFIRMATION OF MARS KHAIMOV |
| | : | |
| ALUMNI OF NY, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Mars Khaimov, Esq., affirms under the penalties of perjury, 28 U.S.C. sec. 1746:

1. That I am admitted to practice law within the State of New York, and the United States District Court, Eastern District of New York, and currently represent the Plaintiff, HAKAN DURANTAS, with respect to a Complaint filed on September 8, 2023 against Defendant, alleging violations of the Americans with Disabilities Act ("ADA"), and contemporaneous State and City violations, pursuant to 42 U.S.C. § 12181 et seq. (Complaint attached hereto as "Ex. A")

2. That I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Eastern District of New York, in support of plaintiff's Order to Show Cause for the entry of a default judgment against defendant.

3. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 12181, as Plaintiff's claims arise under Title III of the ADA, 42 U.S.C. 12181, et seq., and § 1332.

4. That service upon the Defendant was made on September 30, 2023, pursuant to Business Corporation Law - BSC § 306. (Affidavit of Service attached hereto as "Ex. B")

5. That Defendant failed to reply to said Complaint and on January 11, 2024 I moved for a Certificate of Default, which was issued by the Clerk of the Eastern District of New York, on January 19, 2024. (Certificate of Default attached hereto as "Ex. C")

6. That upon information and belief, during the interim from the filing of the Complaint until the present time, Defendant has not responded or made contact with Plaintiff.

7. That upon information and belief, no extensions were granted to Defendant to delay Defendant's response deadline or dispositive motions.

8. That a Judgment of Default is only applicable against the sole defendant in this action, ALUMNI OF NY, INC.

9. Accordingly and pursuant to the Service Members Civil Relief Act, Title 50, United States Code, Section 521, your affiant has no reason to believe that the putative Defendant is a minor or currently enlisted, warranted, or commissioned in military service and unable to respond to these proceedings.

**Causes of Action/Relief Requested**

10. That the Complaint alleged violations of Title III of the Americans with Disabilities Act ("A.D.A."), pursuant to 42 U.S.C. § 12182 et seq., New York Executive Law § 296 et seq., and New York City Civil Rights Law § 40 et seq., premised upon Defendant's failure to conform their website to be equally accessible to blind and visually impaired individuals.

11. That Plaintiff's Prayer for Relief sought preliminary and permanent injunctions, pursuant to 42 U.S.C. § 12188(a)(2); A Declaration of Defendant's non-compliance; an Order certifying the Class and sub-classes, pursuant to Fed.R.Civ.P. 23(a), (b)(2) and (b)(3); Compensatory Damages and Civil Penalties, pursuant to New York City Civil Rights Law § 40-d; and Administrative Code 8-126(a), and 8-502.

12. Plaintiff seeks compensatory damages pursuant to the New York State Human Rights ("NYSHRL") Law and New York City Human Rights Law ("NYCHRL"), in the amount of $1,500. *Cruz v. Wide Open Arts, LLC,* 23 CV 103 (HG)(RML) (E.D.N.Y. Aug. 14, 2023)

13.  Plaintiff seeks an award for reasonable attorney fees and costs, pursuant to 42 U.S.C. § 12205, as the prevailing party in this action, *Buckhannon Bd. & Care Home v. W.Va. Dep't of Health & Human Res*., 532 U.S. 598 (2001), in an amount to be determined by this Court.

14. That based upon the Defendant's inaction with respect to the instant Complaint, it is asserted that judicial intervention is necessary to resolve the matter.

**WHEREFORE**, Plaintiff respectfully requests that an Order be entered as to the concurrently filed Proposed Default Judgment, and for such other and further relief as this Honorable Court may deem just and proper.

Dated: February 21, 2024

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff
100 Duffy Ave., Suite 510
Hicksville, NY 11801
Mars@khaimovlaw.com
Tel: (929) 324-0717

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
HAKAN DURANTAS, on behalf of herself and : Case No.: 1:23-cv-06708
all others similarly situated, :
　:
　Plaintiffs, :
　:
v. : PROPOSED DEFAULT JUDGMENT
　:
ALUMNI OF NY, INC. :
　:
　Defendant. :
　:
　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

This action having been commenced on September 8, 2023, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, on September 30, 2023, and a proof of service having been filed on October 3, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

**ORDERED, ADJUDGED AND DECREED:**

　　a.　　A preliminary and permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York, is hereby granted as follows:

　　A preliminary and permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the

        requirements set forth in the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals;

        b.      A declaration that Defendant owns, maintains and/or operates its Website in a manner that discriminates against the blind and which fails to provide access for persons with disabilities as required by Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.*, N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York;

        c.      Compensatory damages in the amount of $1,500 including all applicable statutory and punitive damages and fines, to Plaintiff and the proposed class and subclasses for violations of their civil rights under New York State Human Rights Law and City Law;

        d.      Pre and post-judgment interest;

        e.      An award of costs and expenses of this action together with reasonable attorneys' and expert fees;

        f.      A hearing to be held in the courthouse to determine the specific amount of damages, civil penalties, and reasonable attorney fees; and

        g.      Such other and further relief as this Court may deem just, proper and equitable.

Dated: Brooklyn, New York

                                                                         _____
                                                                         Hon. RAMON E. REYES
                                                                         United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAKAN DURANTAS on behalf of himself and
all others similarly situated,

        Plaintiffs,                Case No. 1:23-cv-06708

      v.

ALUMNI OF NY, INC.,

                              AFFIDAVIT OF SERVICE
      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Mars Khaimov being duly sworn, says: that I am over the of eighteen years and am not a party herein, that I reside in Kings County and that on the 21st day of February 2024 I served a copy of the following documents of this action:

MOTION FOR DEFAULT JUDGMENT and SUPPORTING PAPERS

upon the parties hereinafter named at the places hereinafter stated and set opposite their name by regular mail, and depositing same to be properly enclosed in a postpaid, properly addressed wrapper, and deposited in an official depository under the exclusive care and custody of the United States Postal Service, directed to be said parties at their last known physical addresses given below.

                                                      Mars Khaimov, Esq.

TO:

Alumni of NY, Inc.
298 Utica Avenue, BROOKLYN, NY 11213