UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HAKAN DURANTAS on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

ALUMNI OF NY, INC.

                Defendant.

ENDORSED ORDER

Case No.  1:23-cv-6708

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) withou prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
              April 3, 2024

Respectfully Submitted,

**/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
        100 Duffy Avenue, Suite 510
        Hicksville, New York 11801
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*

So Ordered: Date 4/4/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.